AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>HENRY SYLVAIN GINDT II<br>*Defendant* | ) <br> ) Case No. 21-4 <br> ) <br> ) <br> ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 02/03/2021

*Henry Gindt*
Defendant's signature

*Megan Scheib (signature)*
Signature of defendant's attorney

Megan Scheib
Printed name of defendant's attorney

s/Nora Barry Fischer
Judge's signature

Nora Barry Fischer, Senior U.S. District Judge
Judge's printed name and title